**Slip Op. 03-154**

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| FORMER EMPLOYEES OF OXFORD AUTOMOTIVE U.A.W. LOCAL 2088, | : |
| | : |
| Plaintiffs, | : |
| | : Court No. 01-00453 |
| v. | : |
| | : |
| UNITED STATES DEPARTMENT OF LABOR | : |
| | : |
| Defendant. | : |

## JUDGMENT

This case having come before the court for decision on the Notice of Revised

Determination on Remand, consistent with Slip Op. 03-129, entered on October 2, 2003,

IT IS HEREBY ORDERED that the Notice of Revised Determination on Remand of the

United States Department of Labor is sustained.

_____
Jane A. Restani
Chief Judge

Dated: New York, New York

This 25th day of November, 2003.